UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

| | |
|---|---|
| Yolanda Mabutho,<br><br>Plaintiff,<br><br>v.<br><br>The CBE Group, Inc.<br><br>Defendant. | Case No. 6:14cv2047<br><br>**VOLUNTARY DISMISSAL** |

Plaintiff hereby voluntarily dismisses this action with prejudice pursuant to F.R.C.P. 41a(1)(A)(i).

RESPECTFULLY SUBMITTED,
Hyslip & Taylor, LLC LPA

By: /s/ J.D. Haas
One of Plaintiff's Attorneys

*Of Counsel*
J.D. Haas, Esq.
10564 France Avenue South
Bloomington, MN 55431
952-345-1025
jdhaas@jdhaas.com